# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RALPH EUGENE GOODMAN,

          Petitioner,          2:12-CV-01967-JCM-VCF

vs.

                              **ORDER**

D.W. NEVEN, *et al.*,

          Respondents.

Petitioner Ralph Eugene Goodman has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF #1-1) and has now paid the filing fee (*see* ECF #4).

Petitioner has filed a motion for appointment of counsel (ECF #2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). Here, it appears that the claims are somewhat complex. Additionally, petitioner alleges that he has been diagnosed with several psychological

disorders, including long-term and short-term memory deficiencies, and he is serving four consecutive life sentences without the possibility of parole. Accordingly, petitioner's motion for appointment of counsel is granted.

**IT IS THEREFORE ORDERED** that the clerk **DETACH** and **FILE** the petition (ECF #1-1.)

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF #2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF #1-1). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

Dated this <u>15th</u> day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE