1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   RALPH EUGENE GOODMAN,

10          *Petitioner*,                           2:12-cv-01967-JAD-VCF

11
    vs.                                            **O R D E R**
12

13   D.W. NEVEN, *et al.*

14          *Respondents*.

15

16          IT IS ORDERED, following upon recent staffing changes, that the hard copies of

17   exhibits filed in this matter shall be sent to the Clerk's Office in Las Vegas, rather than in Reno

18   as directed previously.

19          DATED:    August 21, 2013.

20

21

22                                            _____
                                              JENNIFER A. DORSEY
23                                            United States District Judge

24

25

26

27

28