# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH EUGENE GOODMAN, | |
| *Petitioner*, | 2:12-cv-01967-JAD-VCF |
| vs. | **O R D E R** |
| D.W. NEVEN, *et al.* | |
| *Respondents*. | |

IT IS ORDERED, following upon recent staffing changes, that the hard copies of exhibits filed in this matter shall be sent to the Clerk's Office in Las Vegas, rather than in Reno as directed previously.

DATED: August 22, 2013.

_____
JENNIFER A. DORSEY
United States District Judge