# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RALPH EUGENE GOODMAN,

    *Petitioner*,

vs.

D.W. NEVEN, *et al.*

    *Respondents*.

Case No. 2:12-cv-01967-JAD-VCF

**O R D E R**

This habeas matter comes before the Court on the Federal Public Defender's motion (Doc. 16) to withdraw as counsel and petitioner's motion (Doc. 17) to stay the briefing schedule. For good cause shown,

**IT IS ORDERED** that the motion (Doc. 16) to withdraw as counsel is GRANTED and that the Federal Public Defender is WITHDRAWN as counsel.

**IT FURTHER IS ORDERED** that the Clerk of Court shall SEND a copy of this order to the CJA Coordinator for this Division and that the CJA Coordinator shall identify a replacement panel attorney and forward their name and address to the staff attorney.

**IT FURTHER IS ORDERED** that petitioner's motion (Doc. 17) to stay the briefing schedule is GRANTED and that all scheduling deadlines herein are continued without date pending the selection of a replacement attorney. The Court will include updated scheduling provisions in the order formally appointing the individual panel attorney who will be serving as replacement counsel.

1    The Clerk further shall SEND a copy of this order to the petitioner in proper person,
2 including with his back number 81345, at the Clerk's current institutional address for High
3 Desert State Prison (*cf.* Doc. 2, at 1).
4    DATED: January 29, 2014.

_____
JENNIFER A. DORSEY
United States District Judge