# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RALPH EUGENE GOODMAN,

    *Petitioner*,

vs.

D.W. NEVEN, *et al.,*

    *Respondents*.

Case No. 2:12-cv-01967-JAD-VCF

**O R D E R**

    Following up on its prior order (Doc. 19), the Court is appointing replacement counsel and resetting the schedule herein.

    Petitioner's counsel should note that the Court is seeking uniformity in procedural practice between cases in which the Federal Public Defender is appointed and those in which a panel attorney is appointed. In particular, the Federal Public Defender files copies of, *inter alia,* the relevant state court record materials along with the amended petition, together with a separate index of exhibits. In the present case, given that the Federal Public Defender initially was appointed as counsel, it is possible that prior federal habeas counsel already may have secured at least a portion of the state court record materials and further converted them into an electronic form that also may be compatible with filing in the record as attachments. Prior counsel's office therefore perhaps may serve as a resource both (a) in forwarding any such materials to current counsel and (b) concerning any technical questions regarding the manner in which the Federal Public Defender files such attachments, including sometimes large attachments, on the CM/ECF electronic docketing system.

**IT THEREFORE IS ORDERED** that Angela H. Dows, Esq., 1333 North Buffalo Dr., Suite 210, Las Vegas, NV 89128, 702-794-4411, a Criminal Justice Act panel attorney in this District, is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). As previously ordered herein, appointed counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw. See also Ninth Circuit Rule 4-1 (regarding counsel's duties following a decision on appeal, which are applicable to federal habeas appointments).

**IT FURTHER IS ORDERED** that petitioner, through counsel, shall have **one hundred fifty (150) days** from entry of this order within which to file a counseled amended petition and/or seek other appropriate relief, with any amended petition being verified as required by 28 U.S.C. § 2242 and Rule 2(c)(5) of the Rules Governing Section 2254 Cases.

**IT FURTHER IS ORDERED** that, along with the filing of an initial counseled amended petition, petitioner shall also file a separately indexed set of exhibits containing the state court record materials and any other documentary materials submitted relevant to the claims and issues raised by the amended petition, including, but not limited to, for this case, the trial transcript and all written state court decisions regarding petitioner's claims. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment, in the same manner as in No. 3:06-cv-00087-ECR-VPC, ## 25-71. The purpose of this provision is so that the Court and any reviewing court thereafter will be able to quickly determine from the face of the electronic docket sheet which exhibits are filed in which attachments.

**IT FURTHER IS ORDERED** that counsel additionally shall send a hard copy of all exhibits filed for this case to the **Las Vegas Clerk's Office**.

**IT FURTHER IS ORDERED** that respondents shall have **thirty (30) days** from service to file a response to the amended petition.

**IT FURTHER IS ORDERED** that petitioner shall have **thirty (30) days** from service of the response to file an opposition to a motion or a reply to an answer filed on the merits.

1	The Clerk shall regenerate notices of electronic filing for all prior filings for Ms. Dows
2 along with this order. The Clerk further shall forward a copy of this order to the CJA
3 Coordinator, shall mail a copy of this order to the petitioner in proper person, and shall reflect
4 the mail transmittal to petitioner in proper person in the docket entry for this order.
5	Dated: February 5, 2014.

	_____
	JENNIFER A. DORSEY
	United States District Judge