UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH EUGENE GOODMAN,<br><br>    *Petitioner*,<br><br>vs.<br><br>D.W. NEVEN, *et al.*<br><br>    *Respondents*. | Case No. 2:12-cv-01967-JAD-VCF<br><br>**ORDER** |

    **IT IS ORDERED** that petitioner's motion (Doc. 21) for an extension of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including **September 5, 2014.**  The foregoing extension does not signify any implied finding as to the expiration of the federal limitation period and/or of a basis for tolling during the time period established.  Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to any deadlines established or extensions granted herein.  That is, by granting any extension, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.  *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

    **IT FURTHER IS ORDERED** that the prior order (Doc. 20) is MODIFIED, at page 2, lines 22-23, such that the hard copy of all exhibits filed for this case instead shall be sent to the **Reno Clerk's Office**.

    Dated:  August 7, 2014.

                                                             _____<br>
                                                              JENNIFER A. DORSEY<br>
                                                              United States District Judge