# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH EUGENE GOODMAN,<br><br>Petitioner,<br><br>vs.<br><br>D.W. NEVEN, *et al.*,<br><br>Respondents. | Case No. 2:12-cv-1967-JAD-VCF<br><br>**ORDER EXTENDING TIME FOR RESPONSE TO MOTION FOR STAY AND ABEYANCE**<br><br>[ECF 63] |

    This is a *pro se* petition for a writ of habeas corpus filed by a Nevada state prisoner under 28 U.S.C. § 2254.  On September 8, 2015, petitioner filed a motion for stay and abeyance.  ECF 62.  Respondents now ask the court to enlarge their time for response to that motion by 31 days to October 26, 2015, because the crush of defense counsel's workload has made a timely response impossible. ECF 63.

    Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an extension of time to file a response to the motion for stay and abeyance **[ECF 63] is GRANTED.  Respondents have until October 26, 2015**, to file their response to the motion for stay and abeyance [ECF 62].

    Dated this 23rd day of September, 2015.

                                                             Jennifer Dorsey<br>
                                                            United States District Judge