# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ralph Eugene Goodman,

    Petitioner

v.

D.W. Neven, et al.,

    Respondents

2:12-cv-01967-JAD-VCF

**Order Dismissing and Closing Case**

Counsel for respondents has filed a Suggestion of Death indicating that petitioner Ralph Eugene Goodman died on April 16, 2016. ECF No. 67. Goodman's death renders this action moot. I therefore deny Goodman's pending motion to stay and dismiss this case as moot.

Accordingly, with good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Goodman's amended petition [ECF No. 24] is DISMISSED as moot, and Goodman's motion for stay [ECF No. 62] is DENIED as moot.**

IT IS FURTHER ORDERED that the Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

Dated this 20th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge